UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: August 8, 2013 |
| | ) | Hearing Time: 11:00 A.M. |

### COVER SHEET FOR APPLICATION FOR
### PROFESSIONAL COMPENSATION

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                December 20, 2012

Period for Which
Compensation is sought:     November 26, 2012 to July 18, 2013

Amount of Fees sought:      $10,958.50

Amount of Expense
Reimbursement sought:       $8.28

This is an:    Interim Application __        Final Application   X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $ ____-0-__

Dated:  July 18, 2013          Baldi Berg & Wallace, Ltd.


                               By: ____/s/Elizabeth C. Berg_____
                                   Elizabeth C. Berg

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-37064 |
| Michael T. and Erin L. Beck, | ) | Hon. Carol A. Doyle |
| | ) | (Kane County) |
| | ) | Hearing Date:  August 8, 2013 |
| Debtors. | ) | Time:  11:00 a.m. |

**Notice of First Application for Allowance and Payment of Final Compensation
And Expense Reimbursement to Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

TO:     See Attached Service List

PLEASE TAKE NOTICE that on Thursday, August 8, 2013, at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Carol A. Doyle, or any bankruptcy judge sitting in her stead in Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois, and then and there present, the **First Application for Allowance and Payment of Final Compensation And Expense Reimbursement to Baldi Berg & Wallace, Ltd., Attorneys for Trustee**, a true and correct copy of which is attached hereto and hereby served upon you.

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
20 N. Clark Street    Suite 200
Chicago, IL  60602
(312) 726-8150

**Certificate of Service**

I, Elizabeth C. Berg, hereby certify that on July 18, 2013, I caused a true and correct copy of the foregoing Notice of Application and the document identified therein to be served on the persons on the attached service list, either electronically via CM/ECF or via first class mail with postage prepaid, as indicated on the service list.

_/s/  Elizabeth C. Berg_____
Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark St.  Suite 200
Chicago, Illinois  60602
(312) 726-8150

*Service List*

**Michael T. and Erin L. Beck, debtors**
**Case No. 12-37064**

**Via Electronic Notice**
    Office of the U.S. Trustee
    USTPRegion11.ES.ECF@usdoj.gov

    Andrew K. Weiss, Esq.
    Macey Bankruptcy Law
    rrbenjamin@golanchristie.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: August 8, 2013 |
| | ) | Hearing Time: 11:00 A.M. |

**First Application for Allowance and Payment of Final Compensation
And Expense Reimbursement to Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Michael T. and Erin L. Beck, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Bankruptcy Code"), applies to this Court for the entry of an order for the allowance and payment to BBW of (1) $10,958.50 as final compensation for 46.40 hours of legal services rendered to the Trustee from November 26, 2012 through July 18, 2013 and for reimbursement of expenses in the amount of $8.28 ("Application")  In support thereof, BBW respectfully states as follows:

**Introduction**

1.     The Debtors commenced this case on September 19, 2012 by filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2.     Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     As of the commencement of this case, the Estate's assets consisted of:  24 (income generating) acres of farmland in southern Illinois ("Farmland"); a Chicago Bears PSL (i.e. permanent seat license) ("Bears Seats"); and a one-third interest in an LLC ("LLC") which owns real estate in Virginia ("Virginia Property") (hereinafter, collectively referred to as, the "Assets").

4.     As more fully set forth below, the Trustee liquidated or otherwise administered the Assets.  The total liquidation value of the Assets to the Estate is approximately $200,000.00.

5.      The bar date for filing claims in this case was January 19, 2013.  Six general unsecured claims totaling $44,648.24 have been filed in the case.  As of the date of this Application, no other claims have been filed in this case.

## Retention of BBW

6.      On December 20, 2012, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case.  A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A.  BBW has served as counsel for Trustee at all times since its retention.

7.      The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

    Elizabeth C. Berg – Partner
    Julia D. Loper – Associate
    Ricki K. Podorovsky – Paralegal
    Jason M. Manola – Paralegal

## Prior Compensation and Expense Reimbursement Received

8.      This is the first application for allowance and payment of final compensation and expense reimbursement that BBW has filed in this case.

## Services Rendered by BBW

9.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.   The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

2

10.     For the Court's convenience, BBW has segregated its services into six categories summarized below:

<u>General Administration</u>:  The services rendered by BBW in connection with this category include advising the Trustee as to general case administration matters and her duties under the Bankruptcy Code including, advising the Trustee as to the liquidation of the Estate's property.  BBW represented the Trustee to obtain information, as needed, from the Debtors and the Chicago Bears to ascertain the market value of the Bears Seats and the opportunity for liquidation. BBW advised Trustee as to the likelihood of a significant recovery for the benefit of creditors from the sale of the Bears Seats and prepared documents necessary to list the Bears Seats for sale.  After receiving an acceptable offer, Trustee requested that BBW prepare and present a motion to approve the sale of the Bears Seats.  Upon entry of an order approving the sale, BBW prepared various documents necessary to effectuate the sale.  As a result of the sale of the Bears Seats, the Estate recovered gross proceeds in the amount of $10,000.00.  In addition to BBW's representation of the Trustee in the liquidation of the Estate's property, BBW advised the Trustee regarding the proposed interim distribution and, as requested by Trustee, prepared a motion requesting authority for same.

In connection with this category, BBW has expended 22.30 hours of services for which it requests compensation in the amount of $5,385.00.

<u>Retention of Professionals</u>:  In connection with this category, BBW prepared and presented the Trustee's Motions to Employ Attorneys and Accountants.

In connection with this category, BBW has expended 2.20 hours of services for which it requests compensation in the amount of $450.00.

<u>Champaign Famland</u>:  In connection with this category, BBW represented the Trustee in the sale of the Estate's interest in the Farmland.  BBW investigated the value of the Farmland and the Debtors' interest therein; BBW researched and analyzed public records and other documents produced to Trustee regarding the Farmland; BBW represented Trustee in negotiations with the

3

farmer of the Farmland for a sale of the Debtors' interest in the Farmland; upon negotiating acceptable terms to the Trustee, BBW prepared a letter to purchaser to detailing the terms of the offer and thereafter, prepared and presented the Trustee's Motion to Sell. As a result of the sale of the Farmland, the Estate recovered more than $190,000.00 which is being paid to the Estate in installments. The first installment has been paid to the Estate and the final two payments, in the amount of $48,000.00 each, will be paid to the estate on November 1, 2013 and April 1, 2014.

In connection with this category, BBW has expended 10.50 hours of services for which it requests compensation in the amount of $2,646.00.

Tax Matters: In connection with this category, BBW represented the Trustee to obtain information related to the Farmland and advised the Trustee's accountant regarding the terms of the sale of the Farmland, the Trustee's proposed interim distribution and other tax related issues regarding the Estate's recoveries.

In connection with this category, BBW has expended 0.60 hours of services for which it requests compensation in the amount of $195.00.

Virginia Property: In connection with this category, BBW investigated the Estate's interest in the LLC and advised the Trustee regarding the potential equity for the Estate. BBW made demand upon the Debtor and other related parties for information and documentation regarding the LLC. BBW conducted an examination of records related to the LLC including public records and financial records produced. The Debtor inherited a 1/3 interest in the LLC prior to the commencement of this case. The sole asset of the LLC was the Virginia Property. As requested by Trustee, BBW further investigated and advised the Trustee as to the potential market value of the Virginia Property and the potential liquidation of the Estate's interest in the LLC. Thereafter, as requested by Trustee, BBW prepared and presented the Trustee's Motion to Abandon the Estate's inertest in the LLC.

In connection with this category, BBW has expended 6.80 hours of services for which it requests compensation in the amount of $1,512.00.

4

<u>Fee Applications</u>:  In connection with this category, BBW prepared this Fee Application.

In connection with this category, BBW has expended 4.00 hours of services for which it requests compensation in the amount of $770.00.

## Compensation Requested

11.      In connection with the foregoing services described and categorized in paragraph ten above, BBW spent 46.40 hours for which the total value of the services rendered is $10,958.50.

12.      All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.  In those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

13.      The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate (as adjusted from time to time) is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

14.      BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

15.      BBW has not previously received or been promised any payments for services rendered in this case.

5

16. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her as a result of the liquidation of the Farmland and Bears Seats.

## Reimbursement of Expenses

18. BBW has incurred actual and necessary expenses totaling $8.28 in connection with the performance of the services described herein for which it requests reimbursement. The expenses relate to the copying and postage for motions and pleadings filed with the Court. A detailed itemization of the expenses for which BBW requests reimbursement is included within the billing statements attached hereto as Exhibit C.

## Status and Financial Condition of the Case

19. The Trustee has administered or abandoned all of the Assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

20. Currently, there are no additional services that Trustee needs performed by BBW.

21. There are two remaining installment payments due to be paid to the Estate on account of the sale of the Farmland. Upon receipt of the final installment payment in April 2014, Trustee will oversee completion of the Estate's tax returns and will prepare and file her final report.

22. Trustee currently has approximately $112,800.00 on deposit in the Estate's bank accounts.

22. There are sufficient funds in the Estate to make 100% distribution, plus interest, to holders of all timely-filed, allowed general unsecured claims. It appears that there will be a substantial surplus of funds to be paid to Debtors. Simultaneously, with the filing of this Application, Trustee has filed a motion to approve the 100% payment of all allowed timely-filed unsecured claims and a partial payment of the Estate's surplus.

6

**Trustee's Approval**

23.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.     Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $10,958.50 for actual and necessary professional services rendered to the Trustee from November 26, 2012 through July 18, 2013;

B.     Allowing to Baldi Berg & Wallace, Ltd. reimbursement of expenses in the amount of $8.28 for actual and necessary expenses incurred in the performance of services rendered to the Trustee in this case;

C.     Authorizing the Trustee to pay, without delay, the amounts awarded from the funds in the Estate; and

D.     For such other and further relief as this Court deems appropriate.

Dated:  July 18, 2013

Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate Michael T. and Erin L. Beck, debtors

By:_____ /s/_____
        Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

7

**Baldi Berg & Wallace**                              **Michael T. and Erin L. Beck, Debtors**
**First and Final Fee Application**                     **Case No. 12-37064**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-37064 |
| Michael T. and Erin L. Beck, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER EMPLOYING TRUSTEE'S ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Michael and Erin Beck, debtors, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  December 20, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**
**First and Final Fee Application**

**Michael T. and Erin L. Beck, Debtors**
**Case No. 12-37064**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**
**First and Final Fee Application**

**Michael T. and Erin L. Beck, Debtors**
**Case No. 12-37064**

**Billing Statements**

**Exhibit C**

## Baldi Berg & Wallace, Ltd.
### 20 N. Clark Street
### Suite 200
### Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

July 18, 2013
Invoice No:   02256

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Beck - General Admin** | | | | | | | |
| | 22.30 | $5,385.00 | $0.00 | $5,385.00 | $0.00 | $0.00 | $5,385.00 |
| **Beck - Champaign Farmland** | | | | | | | |
| | 10.50 | $2,646.00 | $8.28 | $2,654.28 | $0.00 | $0.00 | $2,654.28 |
| **Beck - Fee Applications** | | | | | | | |
| | 4.00 | $770.00 | $0.00 | $770.00 | $0.00 | $0.00 | $770.00 |
| **Beck - Retention of Professionals** | | | | | | | |
| | 2.20 | $450.00 | $0.00 | $450.00 | $0.00 | $0.00 | $450.00 |
| **Beck - Tax Matters** | | | | | | | |
| | 0.60 | $195.00 | $0.00 | $195.00 | $0.00 | $0.00 | $195.00 |
| **Beck - Virginia Property** | | | | | | | |
| | 6.80 | $1,512.50 | $0.00 | $1,512.50 | $0.00 | $0.00 | $1,512.50 |

Balance Due   $10,966.78

*[handwritten:]* 46.4   $10,958.50   $8.28

# Baldi Berg & Wallace, Ltd

7/18/2013

Beck - General Admin

Page    2

**In Reference to:**    *Beck - General Admin*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/26/2012 | ECB | Research value of remaining season tickets and value of permanent seat license (.7) Teleconference with Debtor's counsel re intent to sell PSL and confirm no need to object to claimed exemption (.2) | 0.90 $300.00/ hr | $270.00 |
| 11/26/2012 | JDL | Research re: value of LLC (real property located in VA) (.4) Conference w/ trustee re: non-exempt assets of estate, value of farmland and VA property, Bears tickets (1.3) | 1.70 $235.00/ hr | $399.50 |
| 11/29/2012 | JDL | Draft letter to counsel for debtors (A. Weiss) regarding assets trustee intends to liquidate and requesting further information. | 0.90 $235.00/ hr | $211.50 |
| 12/03/2012 | JDL | Revise letter to debtors' attorney A. Weiss re: asset liquidation, include demand for farm rental payment. | 0.80 $235.00/ hr | $188.00 |
| 12/21/2012 | JDL | Email to counsel for debtor re: document and information request. | 0.10 $235.00/ hr | $23.50 |
| 1/02/2013 | JDL | Respond to email from A. Weiss, attorney for debtors re: outstanding request for information. | 0.30 $235.00/ hr | $70.50 |
| 1/10/2013 | JDL | Respond to email from attorney for Debtors re: status of info request (.2) Email to E. Berg re: same (.1) | 0.30 $235.00/ hr | $70.50 |
| 1/14/2013 | JDL | Review Bears ticket holder guide sent from J. Manola re: PSL selling period (.3) Telephone call to Bears ticket office (Christa) re: invoices, change of address (.2) Prepare letter re: Bankruptcy filing, property of the estate, change of address to Bears ticket office (.4) Conference w/ E. Berg re: same (.3) telephone call to A. Weiss, counsel for debtors re: bears tickets, farmland information | 1.50 $235.00/ hr | $352.50 |

**Baldi Berg & Wallace, Ltd**                                    7/18/2013

Beck - General Admin                                            Page    3

(.3)

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/15/2013 | JDL | Finalize letter to Bears ticket office re: property of the estate (.1) Prepare motion to sell property (Bears tickets) and 2002 notice and proposed order (2.4) | 2.50 $235.00/ hr | $587.50 |
| 1/16/2013 | ECB | Review and revise draft of Section 363 motion to sell | 0.70 $300.00/ hr | $210.00 |
| 1/16/2013 | ECB | Review  PSL Transfer Form, PSL Information Sheet and Guide Book relating to Chicago Bears PSL in connection with pending marketing and sale of same | 0.80 $300.00/ hr | $240.00 |
| 1/16/2013 | JDL | Conference w/ E. Berg re: motion to sell Bears PSL (.3) Revise motion to sell Bears PSL and notice and order (1.8) Telephone call to Bears ticket office re: service of motion (.1) Telephone call to ticket office re: deadline to pay for tickets (.1) Prepare motion for filing and service of notice to all creditors (.3) | 2.40 $235.00/ hr | $564.00 |
| 1/23/2013 | JDL | Correct filing of Motion to Sell to choose new event. | 0.10 $235.00/ hr | $23.50 |
| 1/28/2013 | JDL | Search via Internet for information on Shade-Grace-Thornburn Farm (.2) Email to E. Berg re: preparation of turnover motion of documents, farm payouts (.2) Teleconference w/ L. Twarling at Bears ticket office (.5) Review PSL Transfer form (.2) Review user agreement for PSL Marketplace (.5) | 1.60 $235.00/ hr | $376.00 |
| 1/29/2013 | JDL | Conference w/ E. Berg re: posting PSLs for sale, sale procedures. (.5) teleconference w/ attorney for debtors re: farmland info, bears PSL account number (.2) Prepare listing for PSL (.3) | 1.00 $235.00/ hr | $235.00 |
| 1/30/2013 | JDL | Telephone call and email to A. Weiss further requesting information needed for trustee to liquidate property of the estate. | 0.30 $235.00/ hr | $70.50 |

## Baldi Berg & Wallace, Ltd

7/18/2013

Beck - General Admin

Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/30/2013 | JMM | Drafted email to Roger Grace re: farmland | 0.20 $125.00/ hr | $25.00 |
| 1/31/2013 | JDL | Teleconference w/ attorney for debtor re: account number for Bears PSL (.1) Finalize PSL listing (.2) | 0.30 $235.00/ hr | $70.50 |
| 2/04/2013 | JDL | Conference w/ E. Berg re: Bears PSL sales offers. | 0.20 $235.00/ hr | $47.00 |
| 2/04/2013 | JMM | Discuss Bears Ticket Offers w/ E. Berg & J. Loper | 0.10 $175.00/ hr | $17.50 |
| 2/05/2013 | JDL | Telephone call to bears general counsel in response to letter. (.3) Conference w/ E. Berg re: same (.2) Revise proposed order to reflect direction to Bears re: communications. (.1) | 0.60 $250.00/ hr | $150.00 |
| 2/06/2013 | JDL | Telephone call to L. Twarling re: sales procedure. | 0.10 $250.00/ hr | $25.00 |
| 2/07/2013 | ECB | Court appearance on Trustee's Motion to Sell Bears PSL | 0.20 $325.00/ hr | $65.00 |
| 3/05/2013 | JMM | Review Bears PSL Transfer Form Email and Documents (.3), Complete PSL Transfer Form (.1), Draft Letter to Bears Ticket Office re - PSL Transfer Form (.6), Draft Fax to Bears Ticket Office re - PSL Transfer Form (.1) | 1.10 $175.00/ hr | $192.50 |
| 7/09/2013 | JDL | Draft motion to use property for interim distribution. | 0.70 $250.00/ hr | $175.00 |
| 7/15/2013 | JDL | Continue preparation of motion to pay interim distribution. (1.1) Prepare 2002 notice of motion (.3) Conference w/ E. Berg re: same (.2) | 1.60 $250.00/ hr | $400.00 |
| 7/17/2013 | JDL | Conference w/ E. Berg re: Revise motion to pay creditors and pay surplus to debtor (.3) Make revisions to same (1.0) | 1.30 $250.00/ hr | $325.00 |

**Baldi Berg & Wallace, Ltd**

7/18/2013

Beck - General Admin

Page    5

|  |  |
|---|---|
| Total Fees | $5,385.00 |
| Total New Charges | $5,385.00 |
| Previous Balance | $0.00 |
| Balance Due | $5,385.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.40 | $300.00 |
| Elizabeth C Berg | 0.20 | $325.00 |
| Julia D Loper | 14.00 | $235.00 |
| Julia D Loper | 4.30 | $250.00 |
| Jason M Manola | 0.20 | $125.00 |
| Jason M Manola | 1.20 | $175.00 |

# Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Champaign Farmland

Page  6

---

**In Reference to:**  *Beck - Champaign Farmland*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/26/2012 | JDL | Research recorder of deeds and recent farmland sales re: value (.8) | 0.80 $235.00/ hr | $188.00 |
| 1/29/2013 | JDL | Teleconference with Lott Thomas re information regarding the farmland in Champaign. (.2) Email to Mr. Thomas re: same w/ trustee appointment (.4) | 0.60 $235.00/ hr | $141.00 |
| 1/30/2013 | JDL | Review documents and information provided by estate attorney L. Thomas (.2) Respond by email re: same (.1) Conference w/ E. Berg re: same (.2) Draft letter to Farm manager, Roger Grace re: bankruptcy filing, property of the estate, liquidation, future payments (.6) | 1.10 $235.00/ hr | $258.50 |
| 1/31/2013 | JDL | Review documents provided by debtor re: transfer of interest in farmland to debtor. | 0.10 $235.00/ hr | $23.50 |
| 2/05/2013 | ECB | Teleconference with Roger Grace re undivided interest of Debtor in farm (.3) Email to same re potential purchase of same and turnover of annual farm distribution (.2) | 0.50 $325.00/ hr | $162.50 |
| 2/06/2013 | JDL | Review documents provided by Lott Thomas re: farm interest (.2) Conference w/ E. Berg re: same (.1) telephone call to R. Grace re: same (.1) | 0.40 $250.00/ hr | $100.00 |
| 2/07/2013 | JDL | Email to E. Berg re: information received from farm manager re: government payments. | 0.20 $250.00/ hr | $50.00 |
| 3/21/2013 | ECB | Finalize letter and offer to Roger Grace re sale of Michael Beck acres | 0.60 $325.00/ hr | $195.00 |

# Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Champaign Farmland

Page    7

| | | | | |
|---|---|---|---|---|
| 3/21/2013 | JDL | Review letter to R. Grace. (.1) Email to E. Berg re: same (.1) | 0.20<br>$250.00/ hr | $50.00 |
| 5/21/2013 | JDL | Draft letter agreement to Mr. Grace re: purchase of interest in farm acres. | 0.50<br>$250.00/ hr | $125.00 |
| 5/23/2013 | JDL | Draft motion to sell farmland to Roger Grace. (1.7) Draft notice and order on Motion to sell farmland (.8) | 2.50<br>$250.00/ hr | $625.00 |
| 5/23/2013 | JMM | Served 2002 Notice to Sell Champaign Farmland on 18 Creditors (.3) | 0.30<br>$175.00/ hr | $52.50 |
| 5/31/2013 | ECB | Review contract with Roger Grace and prep list of questions re more specific terms of sale for Motion to Sell under 363(b) (.2) | 0.20<br>$325.00/ hr | $65.00 |
| 6/04/2013 | JDL | Conference w/ E. Berg re: clarifying motion to sell farmland (sales price) (.5) Draft letter to Roger Grace setting forth sales price (.3) Prepare amended motion to sell property - farmland (.8) | 1.60<br>$250.00/ hr | $400.00 |
| 6/10/2013 | JMM | Printed, Organized and Served Notice of Abandonment on Creditors (.3) and Motion on Parties (.1) | 0.40<br>$175.00/ hr | $70.00 |
| 6/13/2013 | ECB | Attend court and present Trustee's motion to sell Champaign Farmland | 0.20<br>$325.00/ hr | $65.00 |
| 7/15/2013 | JDL | Conference w/ E. Berg re: information on farm sale for tax return (.1) Email to L. Thomas re: value of farm, basis (.2) | 0.30<br>$250.00/ hr | $75.00 |

Total Fees    $2,646.00

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|

# Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Champaign Farmland

Page    8

| | | |
|---|---|---|
| 5/23/2013 2002 Notice sent to 18 Creditors (18 creditors x .46 = ) | 1.00 @ /each | $8.28 |

| | |
|---|---|
| Total Expenses | $8.28 |
| Total New Charges | $2,654.28 |
| Previous Balance | $0.00 |
| Balance Due | $2,654.28 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.50 | $325.00 |
| Julia D Loper | 2.60 | $235.00 |
| Julia D Loper | 5.70 | $250.00 |
| Jason M Manola | 0.70 | $175.00 |

## Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Fee Applications

Page    9

---

**In Reference to:**    *Beck - Fee Applications*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/15/2013 | RKP | Confer with Trustee re preparation of final fee application for Estate's attorneys | 0.20 $195.00/ hr | $39.00 |
| 7/15/2013 | RKP | Prepare final fee applications for BBW (2.3) Prepare Rule 2002 notice re same (.3) Prepare and compile exhibits to fee applications (.7) | 3.30 $195.00/ hr | $643.50 |
| 7/18/2013 | JMM | Prepare and service Rule 2002 notices of Motion to Use Property (.2) and BBW final fee application (.2) to all creditors ; Prepare Certificate of Service for same (.1) | 0.50 $175.00/ hr | $87.50 |

|  |  |
|--|--|
| Total Fees | $770.00 |
| Total New Charges | $770.00 |
| Previous Balance | $0.00 |
| Balance Due | $770.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Jason M Manola | 0.50 | $175.00 |
| Ricki K Podorovsky | 3.50 | $195.00 |

# Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Retention of Professionals

Page   10

**In Reference to:**   *Beck - Retention of Professionals*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/30/2012 | RKP | Draft motion to retain BBW (.8); proposed order (.1) and affidavit (.1); draft motion to retain popowcer (.6); proposed order (.1); and affidavit (.1); draft letter to popowcer re terms of retention (.2) . | 2.00 $195.00/ hr | $390.00 |
| 12/20/2012 | ECB | Court appearance on motions to retain counsel and accountants | 0.20 $300.00/ hr | $60.00 |

|  |  |
|---|---|
| Total Fees | $450.00 |
| Total New Charges | $450.00 |
| Previous Balance | $0.00 |
| Balance Due | $450.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.20 | $300.00 |
| Ricki K Podorovsky | 2.00 | $195.00 |

**Baldi Berg & Wallace, Ltd**                                            7/18/2013

Beck - Tax Matters                                                      Page    11

**In Reference to:**    *Beck - Tax Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/16/2013 | ECB | Email to Roger Grace to inquire into value of farmland in 2006 to determine cost basis in acreage | 0.20 $325.00/ hr | $65.00 |
| 7/16/2013 | ECB | Correspondence to Estate's accountant regarding interim distribution, timing of installment payments for farmland and tax consequences of same | 0.40 $325.00/ hr | $130.00 |

|  | Total Fees | $195.00 |
|--|-----------|---------|
|  | Total New Charges | $195.00 |
|  | Previous Balance | $0.00 |
|  | Balance Due | $195.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.60 | $325.00 |

## Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Virginia Property

Page   12

---

**In Reference to:**   *Beck - Virginia Property*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 12/05/2012 | JDL | Telephone call to Frank Marling re: Thornburn LLC (.1) Draft letter to F. Marling re: Bankruptcy and interest in LLC (.4) | 0.50 $235.00/ hr | $117.50 |
| 12/06/2012 | JDL | Telephone call from Franklin Marling re: Thornburn LLC (.4) Email to E. Berg re: status of LLC, information on property (.3) | 0.70 $235.00/ hr | $164.50 |
| 12/10/2012 | JDL | Finalize letter to F. Marling re: Thornburn LLC. | 0.30 $235.00/ hr | $70.50 |
| 2/11/2013 | JDL | Respond to email from E. Berg re: status of offer, additional information re: LLC members. | 0.10 $250.00/ hr | $25.00 |
| 2/25/2013 | JDL | Search file and public records for address of K. Hamilton (.3) Email to L. Thomas and R. Grace re: same (.1) Conference w/ E. Berg re: valuation of LLC, records needed (.5) telephone call to F. Marling re: financial documents (.1) | 1.00 $250.00/ hr | $250.00 |
| 2/26/2013 | JDL | Telephone call from Cheryl Marling re: LLC records and accounting, operation of LLC. (.3) Conference w/ E. Berg re: same and actions going forward (.2) Prepare memo re: same (.3) | 0.80 $250.00/ hr | $200.00 |
| 2/28/2013 | JDL | Telephone call to K. Hamilton re: joint property w/ debtor (LM) (.1) | 0.10 $250.00/ hr | $25.00 |
| 6/06/2013 | RKP | Draft routine motion to abandon (.6); draft notice of hearing on motion to abandon (.4); review case file for information needed to prepare motion to abandon (.2); review email from Trustee re: abandonment of property (.1) | 1.30 $195.00/ hr | $253.50 |

# Baldi Berg & Wallace, Ltd

7/18/2013

Beck - Virginia Property

Page   13

| Date | | Description | Hours/Rate | Amount |
|------|------|------|------|------|
| 6/07/2013 | RKP | Further draft motion to abandon (.4); review case file re: background regarding LLC and property (.2); further draft notice of abandonment (.3); amend documents per Trustee (.2); prepare envelopes for service of notice to all creditors (.1); | 1.20<br>$195.00/ hr | $234.00 |
| 6/10/2013 | RKP | Final edits to motion to abandon and notice of hearing (.2); prepare documents for efiling (.2) and efile (.1) | 0.50<br>$195.00/ hr | $97.50 |
| 6/27/2013 | JDL | Appear in court on motion to abandon property of the Estate (VA house) | 0.30<br>$250.00/ hr | $75.00 |

|  | |
|------|------|
| Total Fees | $1,512.50 |
| Total New Charges | $1,512.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,512.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|------|------|
| Julia D Loper | 1.50 | $235.00 |
| Julia D Loper | 2.30 | $250.00 |
| Ricki K Podorovsky | 3.00 | $195.00 |

**Baldi Berg & Wallace**
**First and Final Fee Application**

**Michael T. and Erin L. Beck, Debtors**
**Case No. 12-37064**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.     I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.     I have read the First Application for Allowance and Payment of Final Compensation And Expense Reimbursement to Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.     Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or expense reimbursement in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5.     Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on July 18, 2013

_____
Notary Public

OFFICIAL SEAL
JULIA LOPER
Notary Public - State of Illinois
My Commission Expires Mar 25, 2017

Exhibit D