UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BECK, MICHAEL T § Case No. 12-37064
BECK, ERIN L §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 12-37064 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BECK, MICHAEL T | | | Date Filed (f) or Converted (c): | 09/19/12 (f) |
| | BECK, ERIN L | | | 341(a) Meeting Date: | 10/25/12 |
| For Period Ending: | 06/19/14 | | | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 83,000.00 | 0.00 | | 0.00 | FA |
| 1426 Royal Court, Elgin, IL 60123 | | | | | |
| 2. 24 acres of farmland located Champaign, IL | 1,200.00 | 9,500.00 | | 203,600.00 | FA |
| Trustee sold farmland for $192,000. Trustee collected $11,600 representing Debtor's portion of annual distribution from operation of farmland for 2013 and 2014. | | | | | |
| 3. Checking account with Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Chase Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 403(B) | 5,701.92 | 0.00 | | 0.00 | FA |
| 7. IRA | 109.41 | 0.00 | | 0.00 | FA |
| 8. Thornburn LLC, LLC - 1/3 Interest | 28,050.00 | 27,365.85 | OA | 0.00 | FA |
| TR abandoned after sale of Champaign farrmland resulted in surplus estate and no longer needed to sell LLC interest. | | | | | |
| 9. United States savings bonds with serial numbers: L | 237.85 | 0.00 | | 0.00 | FA |
| 10. In tax year 2011, the Debtors received a tax refun | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Chrysler Pacifica with 75,000 miles Value per | 7,238.00 | 0.00 | | 0.00 | FA |
| 12. Chicago Bears season tickets Value per Debtors | 1,800.00 | 0.00 | | 0.00 | FA |
| 13. Rights to Bears PSL for Section 224, Row 9, Seats | 1,590.00 | 12,000.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $130,177.18 | $48,865.85 | | $213,600.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM F-**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-37064    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BECK, MICHAEL T | Date Filed (f) or Converted (c): | 09/19/12 (f) |
| | BECK, ERIN L | 341(a) Meeting Date: | 10/25/12 |
| | | Claims Bar Date: | 01/29/13 |

Trustee investigated and sold Debtor's Chicago Bears 2012 Season tickets and PSL. Thereafter, Trustee negotiated an installment sale of Debtor's Champaign farmland which resulted in a surplus estate. Trustee made interim Distribution in August 2013 and all unsecured creditors were paid in full. Trustee recieved the final installment payment in April 2014. Trustee resolved claim issues related to a tardily filed secured claim and oversaw preparation of Estate tax returns.  Trustee prepared final report.

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BECK, MICHAEL T | | Bank Name: | Associated Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******5919 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 74,733.50 | | 74,733.50 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 43.00 | 74,690.50 |
| 02/06/14 | 005001 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 51.32 | 74,639.18 |
| | | Suite 420 | Bond Number: #016026455 | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 111.03 | 74,528.15 |
| 03/03/14 | 2 | Shade Grace Thornburn Farm | ANNUAL DISTRIBUTION | 1123-000 | 3,666.66 | | 78,194.81 |
| | | 2524 Castlerock Drive | | | | | |
| | | Urbana, IL 61082 | | | | | |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 100.11 | 78,094.70 |
| 04/02/14 | 2 | Grace Brothers Farm | Sale Proceeds - Real Estate | 1110-000 | 48,000.00 | | 126,094.70 |
| | | 2524 Castlerock Drive | | | | | |
| | | Urbana IL 61802 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 115.75 | 125,978.95 |
| 04/15/14 | 005002 | United States Treasury | 2013 Form 1041 | 2810-000 | | 1,477.00 | 124,501.95 |
| | | c/o Internal Revenue Service | EIN: 46-6640737 | | | | |
| | | Cincinnati OH 45999-0148 | Post-Petition Administrative IncomeTax (2013) | | | | |
| 04/15/14 | 005003 | Illinois Department of Revenue | 2013 IL-1041- V | 2820-000 | | 2,938.00 | 121,563.95 |
| | | P.O. Box 19053 | EIN: 46-6640737 | | | | |
| | | Springfield IL 62794-9053 | Post-Petition Administrative Income Tax (2013) | | | | |
| 04/15/14 | 005004 | Illinois Department of Revenue | 2014 IL-2041-V | 2820-000 | | 511.00 | 121,052.95 |
| | | P.O. Box 19053 | EIN: 46-6640737 | | | | |
| | | Springfield IL 62794-9053 | Post Petition Adminstrative Income Tax (2014) | | | | |
| 05/12/14 | 005005 | MICHAEL & ERIN BECK | Debtors' Exemption in Bears PSL | 8100-000 | | 1,590.00 | 119,462.95 |
| | | 1426 ROYAL COURT | Exemption in Bears PSL | | | | |
| | | ELGIN, IL 60123 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.00a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Associated Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******5919  Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | Account *******5919 | Balance Forward | 0.00 | | |
| | | 2 | Deposits | 51,666.66 | 5 Checks | 6,567.32 |
| | | 0 | Interest Postings | 0.00 | 4 Adjustments Out | 369.89 |
| Memo Allocation Receipts: | 0.00 | | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Subtotal | $ 51,666.66 | | |
| | | | | | Total | $ 6,937.21 |
| | | 0 | Adjustments In | 0.00 | | |
| Memo Allocation Net: | 0.00 | 1 | Transfers In | 74,733.50 | | |
| | | | Total | $ 126,400.16 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/13/13 | 2 | Shade Grace Thornburn Farm<br>2524 Castlerock Drive<br>Urbana, IL 61082 | ANNUAL DISTRIBUTION | 1123-000 | 7,933.34 | | 7,933.34 |
| 04/02/13 | 13 | Transfer Marketplace<br>3120 Southwest Freeway suite 615<br>Houston TX 77098 | SALE Proceeds - Bears PSL | | 9,000.00 | | 16,933.34 |
| | | MARKETPLACE, CHICAGO BEARS SEAT LIC | Memo Amount: 10,000.00<br>Sale Proceeds - PSL<br>Gross Sale Proceeds from sale of Chicago Bears Personal Seat License | 1129-000 | | | |
| | | MARKETPLACE, CHICAGO BEARS SEAT | Memo Amount: ( 1,000.00 )<br>Sale Commission | 2990-000 | | | |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 16,923.34 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days.<br>6/21/13 ~JMM | 2600-000 | | 16.78 | 16,906.56 |
| 06/04/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 | | 17.95 | 16,888.61 |
| 06/05/13 | 2 | Grace Brothers Farm<br>2524 Castlerock Drive<br>Urbana IL 61802 | Sale Proceeds - Real Estate | 1110-000 | 96,000.00 | | 112,888.61 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 99.54 | 112,789.07 |

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320  Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/13 | | Suite 300<br>Bethesda, MD 20817<br>Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 119.76 | 112,669.31 |
| 08/13/13 | 001001 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR's Attorney<br>Expenses Allowed per Court Order on August 8, 2013 | 3120-000 | | 8.28 | 112,661.03 |
| 08/13/13 | 001002 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attorneys Final Comp<br>Fees Allowed per Court Order on August 8, 2013 | 3110-000 | | 10,958.50 | 101,702.53 |
| 08/16/13 | 001003 | Michael & Erin Beck<br>c/o Andrew Weiss<br>Macey Bankruptcy Law<br>233 S. Wacker Drive.   #5150<br>Chicago IL 6060 | Partial Surplus Distribution<br>to Debtors per ct order dtd 8-8-13 | 8200-002 | | 30,000.00 | 71,702.53 |
| 08/16/13 | 001004 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000001, Payment 100.19% | | | 3,636.29 | 68,066.24 |
| | | | Claim          3,629.40 | 7100-000 | | | |
| | | | Interest            6.89 | 7990-000 | | | |
| 08/16/13 | 001005 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000002, Payment 100.19% | | | 10,305.38 | 57,760.86 |
| | | | Claim        10,285.85 | 7100-000 | | | |
| | | | Interest           19.53 | 7990-000 | | | |
| 08/16/13 | 001006 | American InfoSource LP as agent for<br>Midland Funding LLC | Claim 000003, Payment 100.19% | | | 1,674.11 | 56,086.75 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 268941 Oklahoma City, OK 73126-8941 | Claim     1,670.94 Interest      3.17 | 7100-000 7990-000 | | | |
| 08/16/13 | 001007 | Asset Acceptance LLC assignee HOUSEHOLD FINANCE PO Box 2036 Warren, MI 48090 | Claim 000004, Payment 100.19% | | | 13,255.96 | 42,830.79 |
| | | | Claim     13,230.84 Interest     25.12 | 7100-000 7990-000 | | | |
| 08/16/13 | 001008 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000005, Payment 100.19% | | | 590.75 | 42,240.04 |
| | | | Claim     589.63 Interest     1.12 | 7100-000 7990-000 | | | |
| 08/16/13 | 001009 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000006, Payment 100.19% | | | 15,270.52 | 26,969.52 |
| | | | Claim     15,241.58 Interest     28.94 | 7100-000 7990-000 | | | |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 107.97 | 26,861.55 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Sept 13 | 2600-000 | | 27.63 | 26,833.92 |
| 11/01/13 | 2 | Grace Brothers Farm | Sale Proceeds - Real Estate | 1110-000 | 48,000.00 | | 74,833.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 18.00a

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320  Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/13 | | 2524 Castlerock Drive<br>Urbana  IL  61802<br>Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 28.49 | 74,805.43 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 71.93 | 74,733.50 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 74,733.50 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Account *******0320 | Balance Forward | 0.00 | | | |
| | | 4  Deposits | 160,933.34 | 9 | Checks | 85,699.79 |
| Memo Allocation Receipts: | 10,000.00 | 0  Interest Postings | 0.00 | 9 | Adjustments Out | 500.05 |
| Memo Allocation Disbursements: | 1,000.00 | | | 1 | Transfers Out | 74,733.50 |
| | | Subtotal | $ 160,933.34 | | | |
| Memo Allocation Net: | 9,000.00 | | | | Total | $ 160,933.34 |
| | | 0  Adjustments In | 0.00 | | | |
| | | 0  Transfers In | 0.00 | | | |
| | | Total | $ 160,933.34 | | | |

FORM 2

Page: 7

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | 0.00 | |
| Total Allocation Receipts: | 10,000.00 | 6 | Deposits | 212,600.00 | 14 Checks 92,267.11 |
| Total Allocation Disbursements: | 1,000.00 | 0 | Interest Postings | 0.00 | 13 Adjustments Out 869.94 |
| | | | | | 1 Transfers Out 74,733.50 |
| Total Memo Allocation Net: | 9,000.00 | | Subtotal | $ 212,600.00 | |
| | | | | | Total $ 167,870.55 |
| | | 0 | Adjustments In | 0.00 | |
| | | 1 | Transfers In | 74,733.50 | |
| | | | Total | $ 287,333.50 | Net Total Balance $ 119,462.95 |

UST Form 101-7-TFR (5/1/2011) (Page: 11)

LFORM2T4

Ver: 18.00a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 19, 2014 |

Case Number: 12-37064  
Debtor Name: BECK, MICHAEL T  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative<br>Awarded final fees per order dated 8/8/13 | | $10,958.50 | $10,958.50 | $0.00 |
| | | 9010020320 | 08/13/13  1002 | | 10,958.50 | |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $1,658.50 | $0.00 | $1,658.50 |
| 999<br>2810-00 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | Administrative | | $1,477.00 | $1,477.00 | $0.00 |
| | | 2221655919 | 04/15/14  5002 | | 1,477.00 | |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794-9053 | Administrative | | $2,938.00 | $2,938.00 | $0.00 |
| | | 2221655919 | 04/15/14  5003 | | 2,938.00 | |
| 001<br>3120-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative<br>Awarded final expenses per order dated 8/8/13 | | $8.28 | $8.28 | $0.00 |
| | | 9010020320 | 08/13/13  1001 | | 8.28 | |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794-9053 | Administrative | | $511.00 | $511.00 | $0.00 |
| | | 2221655919 | 04/15/14  5004 | | 511.00 | |
| 999<br>2990-00 | Chicago Bears Transfer Marketplace | Administrative<br>Commission paid for sale of Bears PSL per order 2/7/13 | | $1,000.00 | $1,000.00 | $0.00 |
| | | 9010020320 | 04/02/13  20 | | 1,000.00 | |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee | Administrative | | $6,800.29 | $0.00 | $6,800.29 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Administrative | | $51.32 | $51.32 | $0.00 |
| | | 2221655919 | 02/06/14  5001 | | 51.32 | |
| | Subtotal for Class Administrative | | | $25,402.89 | $16,944.10 | $8,458.79 |
| 999<br>8100-00 | Michael and Erin Beck | Unsecured<br>allowed exemption in Bears PSL per order 8/8/13 | | $1,590.00 | $1,590.00 | $0.00 |
| | | 2221655919 | 05/12/14  5005 | | 1,590.00 | |
| 999<br>8200-00 | Michael & Erin Beck<br>c/o Andrew Weiss<br>Macey Bankruptcy Law<br>233 S. Wacker Drive. #5150 | Unsecured<br>Interim distribution of surplus funds made per order 8/8/13. Remaining surplus funds to be distributed as part of final distribution. | | $141,004.16 | $30,000.00 | $111,004.16 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 19, 2014 |

Case Number:  12-37064  
Debtor Name:  BECK, MICHAEL T

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chicago IL 6060 | | | | | |
| | | 9010020320 | 08/16/13  1003 | | 30,000.00 | |
| 000001 070 7100-00 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Unsecured Interim distribution made per order 8/8/13, includes interest.  Total claim paid is 100.19%. Interest paid this claimant is $6.89. | | $3,629.40 | $3,629.40 | $0.00 |
| | | 9010020320 | 08/16/13  1004 | | 3,636.29 | |
| 000002 070 7100-00 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Unsecured Interim distribution made per order 8/8/13, includes interest.  Total claim paid is 100.19%. Interest paid this claimant is $19.53. | | $10,285.85 | $10,285.85 | $0.00 |
| | | 9010020320 | 08/16/13  1005 | | 10,305.38 | |
| 000003 070 7100-00 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Unsecured Interim distribution made per order 8/8/13, includes interest.  Total claim paid is 100.19%. Interest paid this claimant is $3.17. | | $1,670.94 | $1,670.94 | $0.00 |
| | | 9010020320 | 08/16/13  1006 | | 1,674.11 | |
| 000004 070 7100-00 | Asset Acceptance LLC assignee HOUSEHOLD FINANCE PO Box 2036 Warren, MI 48090 | Unsecured Interim distribution made per order 8/8/13, includes interest.  Total claim paid is 100.19%. Interest paid this claimant is $25.12. | | $13,230.84 | $13,230.84 | $0.00 |
| | | 9010020320 | 08/16/13  1007 | | 13,255.96 | |
| 000005 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured (5-1) CITIBANK, NA Interim distribution made per order 8/8/13, includes interest.  Total claim paid is 100.19%. Interest paid this claimant is $1.12. | | $589.63 | $589.63 | $0.00 |
| | | 9010020320 | 08/16/13  1008 | | 590.75 | |
| 000006 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured (6-1) Chase Bank Interim distribution made per order 8/8/13, includes interest.  Total claim paid is 100.19%. Interest paid this claimant is $28.94. | | $15,241.58 | $15,241.58 | $0.00 |
| | | 9010020320 | 08/16/13  1009 | | 15,270.52 | |
| | Subtotal for Class Unsecured | | | $187,242.40 | $76,238.24 | $111,004.16 |
| 000007 050 4110-00 | CitiMortgage, Inc. P.O. Box 6030 Sioux Falls, SD 57117 | Secured Amended claim filed 1/27/14 Value of secured claim determined to by zero pursuatn to court order 5/6/14 | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $212,645.29 | $93,182.34 | $119,462.95 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-37064
Case Name: BECK, MICHAEL T
          BECK, ERIN L
Trustee Name: Elizabeth C. Berg

      Balance on hand        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | CitiMortgage, Inc. | $ | $ | $ | $ |

    Total to be paid to secured creditors      $_____

    Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Chicago Bears Transfer Marketplace | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: United States Treasury | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend r ckf "y cu"gs wcrl\q'"      percent, plus interest (vj tqwi j ": 13 8 13 5+0 "

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | Asset Acceptance LLC assignee HOUSEHOLD FINANCE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Midland Funding LLC | $ | $ | $ |
| 000006 | Midland Funding LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.