UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-37064 |
| Michael T. and Erin L. Beck, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: July 25, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                September 19, 2012

Period for Which
Compensation is sought:      September 19, 2012 to Close of Case

Amount of Fees sought:       $6,800.29

Amount of Expense
Reimbursement sought:        $0.00

This is an:     Interim Application  __      Final Application   _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: <u>$0.00</u>.

Dated:  May 31, 2014                    Elizabeth C. Berg, Trustee of the Estate of
                                         Michael L. and Erin T. Beck, Debtors


                                         By: ____/s/Elizabeth C. Berg, Trustee____
                                              Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael L. and Erin T. Beck, | ) | Case No. 12-37064 |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date:  July 25, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the

estate ("Estate") of Michael L. and Erin T. Beck, debtors ("Debtors"), pursuant to

sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to

enter an order allowing and authorizing payment to Trustee of $6,800.29 as final

compensation for services rendered as trustee in this case from September 19, 2012

through the close of this case.  In support thereof, Trustee states as follows:

**Introduction**

1.      The Debtors commenced this case on September 19, 2012 by filing a

voluntary petition for relief under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      As of the commencement of this case, the Estate's assets of value

consisted of the Debtors' partial interest in farmland located in Champaign, Illinois

("Illinois Farmland") and rights to two Chicago Bears Permanent Seat Licenses ("PSL").

4.      The bar date for filing claims in this case was January 29, 2013.

**Prior Compensation**

5.      This is the first and final application ("Application") for allowance of

compensation filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

7.     Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate.   Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A.   The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.     Trustee reviewed and analyzed the Debtors' Schedules of Assets and Liabilities; the Debtors' Statements of Financial Affairs; and conducted an examination of the Debtors pursuant to Section 341 of the Code;

B.     Trustee investigated the Estate's interests in the PSL, the Illinois Farmland and the Debtors' interest in additional farmland located in Virginia; with respect to the PSL, Trustee researched the value of the PSL and the restrictions and procedures to sell and transfer the PSL; Trustee directed her attorneys to obtain authority to market and sell the PSL through the Chicago Bears' online marketplace; Trustee monitored the online "auction" and the offers received; Trustee negotiated with interested purchasers for the highest and best price for the PSL; ultimately, Trustee negotiated for a sale of the PSL and recovered gross proceeds of $10,000.00 for the benefit of the Estate; Trustee researched and investigated the Debtors' interest in the Illinois Farmland and the market value of the real estate; prior to the commencement of this bankruptcy case, Mr. Beck inherited a 1/3 interest in the Illinois Farmland which was being rented and actively farmed;   Trustee learned that the Illinois Farmland issued annual distributions to the owners on account of the operation of the farmland and made demand upon the operator of the property (Mr. Roger Grace) to turnover to the Trustee any and all distributions due to Mr. Beck; as a result, Trustee collected a total of $11,600.00

representing annual distributions for 2012 and 2013; in addition, Trustee negotiated with Mr. Grace to purchase Mr. Beck's interest in the Illinois Farmland; upon reaching acceptable terms, Trustee directed her attorneys to prepare and present a motion to approve the sale of the Illinois Farmland; upon entry of this Court's order dated June 13, 2013, Trustee sold the Illinois Farmland for $192,000.00 payable in installments with the final installment to be paid to the Estate in April 2014; the claims bar date expired in this case on January 29, 2013; after obtaining approval of the sale of the Illinois Farmland, Trustee reviewed the claims filed against the Estate and determined that the proceeds from the sale of the Illinois Farmland, in addition to the prior recoveries by the Trustee, were more than sufficient to pay all filed general unsecured claims, in full and plus interest; in order to pay creditors as expeditiously as possible, Trustee sought court approval to make an interim distribution to creditors; pursuant to this Court's order dated August 8, 2013, Trustee made a 100% distribution, plus interest, to general unsecured creditors and made a partial distribution to the Debtors' of the anticipated surplus; additionally, Trustee investigated the Debtors' interest in farmland located in Virginia and the market value thereof; since the sale of the Illinois Farmland created a surplus estate and for other reasons, as set forth in her motion, Trustee sought and obtained court authority to abandon the Estate's interest in the Virginia Farmland;

C.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.    Trustee examined, analyzed and verified proofs of claim filed against the Estate; as set forth above, Trustee received authority to make an interim distribution to timely filed general unsecured creditors; as a result, Trustee paid all

3

general unsecured claims in full plus interest up to the date of distribution; subsequently, a tardily filed secured claim was filed; Trustee determined that secured claim was not valid on account of the fact that the Estate did not have an interest in the real property to which the secured claim attached; Trustee, with the assistance of her attorneys, obtained a court order determining that the value of the secured claim against the Estate was $0.00;

F.      Trustee attended to tax matters including hiring a tax accountant; and overseeing the preparation of Estate tax returns; and

G.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.      Trustee has collected the sum of $213,600.00 on behalf of the Estate. Trustee has made $94,137.05 in disbursements in this case as of the date hereof.

9.      Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.      During the period covered by this Application, Trustee spent 37.60 hours rendering services on behalf of this Estate with a value of $10,044.00.   Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11      The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above less

payments made and to be made to Debtors (more fully set forth in paragraph 14 below), is $6,800.29 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $21,005.84 | $1,050.29 |
| Total allowable compensation | $6,800.29 |

12.    Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $6,800.29.    This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    Pursuant to this Court's order dated August 8, 2013 ("Interim Distribution Order"), Trustee made a distribution to general unsecured creditors totaling 100% of allowed claims, plus interest.    There are no unpaid general unsecured claims asserted against the Estate.

14.    The Interim Distribution Order also granted Trustee authority to make an interim distribution to Debtors in the amount of $30,000.00 on account of surplus Estate funds.    After payment of the Estate's unpaid administrative claims, Trustee anticipates that there will be additional surplus of funds returned to the Debtors totaling $111,004.16.    In addition, Trustee paid Debtors their allowed personal property exemption in the Bears PSL totaling $1,590.00.    All monies paid to Debtors or to be paid to Debtors, as detailed herein, have been excluded from the calculation of the Trustee's maximum compensation allowable as set forth in paragraph 11 above.

15.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

5

16.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

17.     The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Michael T. and Erin L. Beck, requests the entry of an order providing the following:

A.     Allowing to Trustee final compensation in the amount of $6,800.29 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from September 19, 2012 through the closing of this case;

B.     Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C.     For such other and further relief as this Court deems appropriate.

Dated:  May 31, 2014                    Elizabeth C. Berg, as trustee of the estate of
                                        Michael T. and Erin L. Beck, debtors


                                        By: _____/s/ Elizabeth C. Berg, as Trustee_____
                                               Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application**                **Michael T. and Erin L. Beck, Debtors**
**Case No. 12-37064**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

| **Phone:** | (312) 726-8150 | | |
|---|---|---|---|
| **Fax:** | (312) 470-6323 | **FEIN:** | 36-4352753 |

***Invoice submitted to:***

May 13, 2014

Invoice No:   02448

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Beck - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/08/2012 | ECB | Confer with counsel re retention of professionals and investigation and liquidation of Estate's interest Virginia residence and Illinois farmland | 0.20 $300.00/ hr | $60.00 |
| 11/26/2012 | ECB | Confer with counsel regarding retention of professionals (.1) Email RKP re prep of motions for same (.1) | 0.20 $300.00/ hr | $60.00 |
| 11/26/2012 | ECB | Conduct Lexis Nexis search re Thornburn LLC and research and obtain contact information for managing member of same (.4) Confer with Counsel re potential value of Champaign farmland and further investigation of same (.2) Confer with counsel re contacting Thomas Lott, executor of John Thornburn estate (.1) | 0.70 $300.00/ hr | $210.00 |
| 11/26/2012 | ECB | Confer with counsel re prep of letter to Thornburn LLC managing member for further info;  Confer with counsel re prep of letter advising co-owners of Chatham, VA property of BK partial interest in property | 0.30 $300.00/ hr | $90.00 |
| 12/03/2012 | ECB | Review and revise letter to counsel regarding liquidation of Bear tickets, farmland & Virginia property (.2) Review motions to retain counsel and accountants (.1) | 0.30 $300.00/ hr | $90.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

| Date | Init | Description | Hours / Rate | Amount |
|------|------|-------------|--------------|--------|
| 12/10/2012 | ECB | TC with Michael Beck re value of post season Bears Tickets and potential requirement to purchase | 0.30 $300.00/ hr | $90.00 |
| 12/13/2012 | ECB | Confer with counsel conversation with managing partner of LLC owning Virginia property re status of property, rental and income (.1) Discuss potential liquidation of interest through sale of LLC interest (.1)` | 0.20 $300.00/ hr | $60.00 |
| 1/04/2013 | ECB | TC with Jaimie at CitiMortgage re case assets and potential value;  Update Trustee database re CitiMortgage claim | 0.20 $300.00/ hr | $60.00 |
| 1/14/2013 | ECB | Review PSL Transfer agreement and Bears Marketplace and analyze procedures required to sell PSL (.7) Confer with counsel re same (.2) and format for motion to sell under 363 (b) (.4) | 1.10 $300.00/ hr | $330.00 |
| 1/15/2013 | JMM | Drafted email to debtor's attorney re: Bears Tickets Letter | 0.20 $125.00/ hr | $25.00 |
| 1/29/2013 | ECB | Confer with counsel re progress in listing Bears PSL for sale and procedures for same (.3) Review Chicago Bears Marketplace User Agreement regarding terms for sales (.3) | 0.60 $300.00/ hr | $180.00 |
| 1/29/2013 | ECB | Call Debtor's counsel re Debtor's failure to provide requested information regarding interest in Champaign farm and turnover of royalties re same (.2) Confer with counsel re followup with turnover motion (.1) Conduct additional research into ownership of farm acreage in Champaign County, Contact Illinois Farm Bureau and county recorder re same (.2) | 0.40 $300.00/ hr | $120.00 |
| 1/30/2013 | JMM | Update Trustee database to change judge | 0.10 $125.00/ hr | $12.50 |
| 2/04/2013 | ECB | Review Bears PSL Marketplace website regarding weekend traffic on season tickets listed for sale (.2) Confer with counsel re auction strategy (.2) | 0.40 $300.00/ hr | $120.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

Page     3

| | | | | |
|---|---|---|---|---|
| 2/08/2013 | ECB | TC w/ Cheryl Marling re Virginia property and inability to sell (.3) Research house vicinity and local RE sales re same (.4) Memo to file re Trustee due diligence and status of negotiations to sell (.3) | 1.00 $325.00/ hr | $325.00 |
| 2/08/2013 | ECB | Review multiple new offers for tickets, update market place entries and respond to same | 0.20 $325.00/ hr | $65.00 |
| 2/11/2013 | ECB | Check Bears Marketplace re weekend offers and respond to same (.2) Email to prospective buyer re lowest bid acceptable (.1) | 0.30 $325.00/ hr | $97.50 |
| 2/22/2013 | JMM | Drafted Letter & Email to Stein re: Order authorizing Trustee to Sell PSL (.4) | 0.40 $175.00/ hr | $70.00 |
| 2/25/2013 | ECB | Confer with counsel JDL re status of liquidation of Debtor's LLC membership (.4) Review LLC agreement re withdrawal and sale provisions (.3) Direct counsel re proposal to withdrawal (.2) | 0.90 $325.00/ hr | $292.50 |
| 2/26/2013 | ECB | Confer with JDL re efforts to obtain info re Virginia LLC membership | 0.10 $325.00/ hr | $32.50 |
| 2/26/2013 | ECB | Review PSL marketplace offers and make counteroffer to prospective buyer | 0.20 $325.00/ hr | $65.00 |
| 2/27/2013 | ECB | Review sales marketplace activity; Reject bid, submit counteroffer and email re same | 0.20 $325.00/ hr | $65.00 |
| 2/28/2013 | ECB | Review and accept offer for sale of PSL (.1) Review Marketplace procedures and terms on binding acceptance and transfer (.2) TC with Marketplace re status of 2013 season ticket sales (.1) | 0.40 $325.00/ hr | $130.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

Page    4

| | | | | |
|---|---|---|---|---|
| 3/13/2013 | JMM | Obtain EIN from IRS (.1), Draft bank request email to Congressional (.1), Open New Bank Account in TCMS (.1), Deposit Checks in to TCMS (.1), Allocate funds into appropriate property (.1), Send checks to congressional via FedEx (.1) | 0.60 $175.00/ hr | $105.00 |
| 4/02/2013 | JMM | Deposit Check into TCMS (.1), Allocate to appropriate property (.1), Send Check to Congressional via FedEx (.1) | 0.30 $175.00/ hr | $52.50 |
| 4/05/2013 | ECB | Open and approve March 2013 bank statements | 0.10 $325.00/ hr | $32.50 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 5/08/2013 | ECB | TC to Roger Grace to followup on offer to sell Estate's interest in farmland | 0.10 $325.00/ hr | $32.50 |
| 5/08/2013 | ECB | Open and approve Apr 13 bank statements; Update Trustee database to post monthly activity | 0.20 $325.00/ hr | $65.00 |
| 5/09/2013 | ECB | Negotiate sale of Champaign farmland to Roger Grace (.2) Memo to counsel to prep letter agreement and motion re same (.1) | 0.30 $325.00/ hr | $97.50 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 5/31/2013 | ECB | Review valuations of farmland and confer with counsel re same (.2) | 0.20 $325.00/ hr | $65.00 |
| 5/31/2013 | ECB | Review claims register and individual proofs of claim (.5) Update Trustee database (.1) and run proposed distribution (.1) | 0.70 $325.00/ hr | $227.50 |

**Baldi Berg, Ltd**

Beck - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 6/04/2013 | ECB | Confer with counsel re prep of amended motion to sell Beck Acres and revision of contract with Roger Grace (.3) Review and approve revised  contract and amended motion (.2) | 0.50 $325.00/ hr | $162.50 |
| 6/05/2013 | ECB | Prep memo to RKP re surplus estate and preparation of motion to abandon Virginia property | 0.20 $325.00/ hr | $65.00 |
| 6/05/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20 $175.00/ hr | $35.00 |
| 6/13/2013 | JMM | TC w/ ECB re: Beck Distribution (.2), Run Distribution Examples (.2), Draft email to ECB re: same (.2) | 0.60 $175.00/ hr | $105.00 |
| 6/14/2013 | ECB | Prep memo to JDL re allowance of sale motion, preparation of quitclaim deed  and assignment of remaining installments and possible 363 motion to allow same | 0.20 $325.00/ hr | $65.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 6/26/2013 | ECB | Confer with counsel re coverage Motion to Abandon Virginia Property | 0.10 $325.00/ hr | $32.50 |
| 6/27/2013 | ECB | Review May 13 bank statements and approve bank reconciliations | 0.10 $325.00/ hr | $32.50 |
| 6/27/2013 | ECB | Review May 13 bank statements and approve bank reconciliations | 0.10 $325.00/ hr | $32.50 |
| 7/01/2013 | ECB | Meet and confer with counsel re motion to authorize interim distribution and to make partial surplus distribution to Debtors and transfer of real estate to buyer | 0.30 $325.00/ hr | $97.50 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

| Date | | Description | | |
|---|---|---|---|---|
| 7/02/2013 | ECB | Review and approve administrative claims for Estate's attorneys and Trustee compensation (.5); Confer with counsel re prep of final fee application for BBW (.1) | 0.60<br>$325.00/ hr | $195.00 |
| 7/15/2013 | ECB | Meet with JDL re status of motion to pay partial surplus (.1)Confer with RKP re preparation of final fee application for BBW to be presented simultaneously with surplus motion (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 7/15/2013 | ECB | TC with R. Sukley at Office of UST regarding pending interim distribution (.2)  Email to UST Office to advise of same (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 7/15/2013 | ECB | Review Trustee manual re interim distributions (.2) Research judiciary code provision re federal interest rate for surplus case in bankruptcy (.1) Research federal reserve publishings for federate rate for applicable period (.5) | 0.80<br>$325.00/ hr | $260.00 |
| 7/16/2013 | ECB | Finalize proposed interim distribution report | 0.50<br>$325.00/ hr | $162.50 |
| 7/17/2013 | ECB | Amend and update allocation of sale proceeds for Bears PSL | 0.20<br>$325.00/ hr | $65.00 |
| 7/17/2013 | ECB | Complete memo to UST regarding proposed interim distribution | 0.30<br>$325.00/ hr | $97.50 |
| 7/17/2013 | ECB | Open and review June 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 7/17/2013 | ECB | Proof and revise motion (.5), notice (.2) and order (.1) to pay unsecured creditors prior to case closing | 0.80<br>$325.00/ hr | $260.00 |
| 7/18/2013 | ECB | Review and Approve Final Fee application and rule 2002 notice for BBW | 0.40<br>$325.00/ hr | $130.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 7/18/2013 | JMM | Update trustee database and post monthly bank service fee (.1), Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 7/24/2013 | ECB | Review correspondence from R. Grace to M. Beck re gov't payments (.1) Memo to JDL re followup on same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 7/24/2013 | JMM | Perform Trustee's Quarterly Review under UST Guidelines and update notes in TCMS (.1) | 0.10<br>$175.00/ hr | $17.50 |
| 8/06/2013 | ECB | TC with creditor CitiMortgage regarding status of residential mortgage and willingness to abandon same | 0.20<br>$325.00/ hr | $65.00 |
| 8/12/2013 | ECB | Open and review July '13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 8/13/2013 | JMM | Cut Interim Distribution Checks to BBW (.2) | 0.20<br>$175.00/ hr | $35.00 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 8/16/2013 | ECB | Prepare interim distribution to creditors and payment of partial surplus to debtors pursuant to court order dated August 8, 2013 (1.2); Prep explanatory memo of interim distribution to the creditors (.2); Correspondence to D's counsel to transmit partial surplus (.2) | 1.60<br>$325.00/ hr | $520.00 |
| 8/23/2013 | ECB | TC with M. Beck re check for partial surplus (.1) TC to Andrew Weiss re same (.10) | 0.20<br>$325.00/ hr | $65.00 |
| 9/10/2013 | ECB | Open, review and approve Aug 13 Bank Statements | 0.20<br>$325.00/ hr | $65.00 |
| 9/10/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

Page    8

| | | | | |
|---|---|---|---|---|
| 10/14/2013 | ECB | Open, review and approve Sept13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/22/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/24/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 11/01/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/12/2013 | ECB | Open and approve Oct13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 11/12/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/20/2013 | ECB | TC with CitiMortgage re status of residential real estate and Estate's lack of interest in same | 0.10<br>$325.00/ hr | $32.50 |
| 12/07/2013 | ECB | Open, review and approve Nov13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 12/10/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 12/18/2013 | ECB | Preliminary review of secured proof of claim filed by CitiMortgage (.1) Email to RKP re followup on same (.2) | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

| 1/13/2014 | ECB | Review and approve Dec 13 bank statement | 0.10 $325.00/ hr | $32.50 |
|---|---|---|---|---|
| 1/14/2014 | ECB | Confirm dollar amount of transfer of estate funds to Associated Bank | 0.10 $325.00/ hr | $32.50 |
| 1/17/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30 $175.00/ hr | $52.50 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30 $195.00/ hr | $58.50 |
| 1/28/2014 | ECB | Review CitiMortgage amended claim and confer with RKP re allowance as tardily filed claim | 0.10 $325.00/ hr | $32.50 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20 $325.00/ hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/21/2014 | ECB | Memo to estate's accountant re prep of 2013 tax returns | 0.10 $325.00/ hr | $32.50 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/03/2014 | ECB | Review 2013 income distributions and financials reports rec'd with same | 0.20 $325.00/ hr | $65.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

| Date | Initials | Description | Hours / Rate | Amount |
|------|----------|-------------|--------------|--------|
| 3/03/2014 | JMM | Deposit Distribution Check into TCMS (.1), Deposit Check into Associated Bank via scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/06/2014 | RKP | Review email from E. Berg re: tax return preparation; prepare documents as needed by accountant and email to L. West re: same | 0.10 $195.00/ hr | $19.50 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/24/2014 | ECB | Confer with RKP re due date for final installment, review of additional claim and research re same | 0.20 $325.00/ hr | $65.00 |
| 3/26/2014 | RKP | Review/analyze secured claim filed by CIti (.4); compare original to amended claim filed (.2); online research re: foreclosure of Debtor's property (.3); review case docket re: notice issued to Citi (.2); phone conversation with Citi re: Trustee's objection to claim (.3); review Trustee's email re: issues with late claim (.1); meet with Trustee re: same and issues to close case (.2) | 1.70 $195.00/ hr | $331.50 |
| 4/02/2014 | JMM | Deposit Check into TCMS (.1), Deposit funds with Associated Bank via scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 4/04/2014 | ECB | Email estate's accountant re status of tax return prep(.1) TC Acct re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 4/10/2014 | ECB | Correspondence to R. Grace to confirm receipt of final installment and delivery of quitclaim deed | 0.20 $325.00/ hr | $65.00 |
| 4/10/2014 | ECB | TC with acct re receipt of final installment and prep of fina return (.1) Prepare and send updated supporting documents to acct for same (.1) | 0.20 $325.00/ hr | $65.00 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

Page   11

| | | | | |
|---|---|---|---|---|
| 4/11/2014 | ECB | Memo to staff re prep of quitclaim deed | 0.10<br>$325.00/ hr | $32.50 |
| 4/11/2014 | ECB | Open and review Mar14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/14/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/15/2014 | ECB | Review Motion to Determine Value of Secured Claim with RKP | 0.20<br>$325.00/ hr | $65.00 |
| 4/15/2014 | ECB | Review and execute 2013 and 204 tax returns (.5) Set up claims for taxing authorities in database (.2) and prepare checks in payment of same (.2) | 0.60<br>$325.00/ hr | $195.00 |
| 4/15/2014 | ECB | Review, approve and execute Estate's 2013 and 2014 final income tax returns | 0.50<br>$325.00/ hr | $162.50 |
| 4/17/2014 | ECB | Download Trustee copies of tax returns from accountant portal (.1) Review file in prep of case closing (.1) Proof and revise quitclaim deed of farmland to R. Grace following payment of final installment for same (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 4/18/2014 | ECB | TC with M. Beck re Trustee Motion to Value Secured Claim and status of remaining claims and final distribution (.4) Review claims register and confirm claims for final distribution (.1) Memo to RKP and JDL re case status (.2) | 0.70<br>$325.00/ hr | $227.50 |
| 4/28/2014 | ECB | Execute QC deed to farm | 0.10<br>$325.00/ hr | $32.50 |
| 4/28/2014 | RKP | Draft letter to L. Thomas re: original quitclaim deed (.2); prepare quitclaim deed for transmittal (.2) | 0.40<br>$195.00/ hr | $78.00 |
| 5/01/2014 | RKP | Review email from T. Lott re: Quitclaim deed (.1); amend legal description on quitclaim (.1); discuss with Trustee and | 0.30<br>$195.00/ hr | $58.50 |

**Baldi Berg, Ltd**

5/13/2014

Beck - Trustee Matters

Page    12

---

email revised legal description to T. Lott (.1)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/05/2014 | ECB | Confer with staff re revision of order on JPMorgan Chase claim and submission of draft order to chambers | 0.20 $325.00/ hr | $65.00 |
| 5/12/2014 | JMM | Cut check for debtors' exemption in PSL (.1), TC to Debtor to confirm address (.1), Draft Letter to Debtors re: Exemption Check (.3) | 0.50 $175.00/ hr | $87.50 |
| 5/12/2014 | RKP | Draft Popowcer fee application (.8); coversheet, proposed order and affidavit (.2); analyze exemption claim (.1) and payments to debtor (.1); discuss with Trustee (.1) | 1.30 $195.00/ hr | $253.50 |
| 5/13/2014 | RKP | Compute surplus (.3); and adjusted Trustee compensation (.2); draft Trustee fee application (1.5); coversheet, proposed order and affidavit (.3); draft TFR (.6); draft NFR (.4); edit report (.3) | 3.60 $195.00/ hr | $702.00 |
| 5/14/2014 | ECB | Review, edit and execute Trustee Final Report and related documents | 1.00 $325.00/ hr | $325.00 |

|  |  |
|---|---|
| Total Fees | $10,869.00 |
| Total New Charges | $10,869.00 |
| Previous Balance | $0.00 |
| Balance Due | $10,869.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 4.90 | $300.00 |
| Elizabeth C Berg | 20.20 | $325.00 |
| Jason M Manola | 0.30 | $125.00 |
| Jason M Manola | 7.40 | $175.00 |
| Ricki K Podorovsky | 7.70 | $195.00 |

**Trustee's Final Fee Application**                    **Michael T. and Erin L. Beck, Debtors**
                                                                            **Case No. 12-37064**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | (Kane County) |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois          )
County of Cook          )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.      I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.      I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case.  I have not previously received payment of any compensation for services rendered in connection with this case.

4.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on May 23, 2014

_____
Notary Public

OFFICIAL SEAL
JULIA LOPER
Notary Public - State of Illinois
My Commission Expires Mar 25, 2017

**Exhibit B**