UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: July 25, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:         Popowcer Katten, Ltd.

Authorized to Provide
Professional Services as:  Accountants to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                December 12, 2012

Period for Which
Compensation is sought:    July 15, 2013 through April 13, 2014

Amount of Fees sought:     $1,658.50

Amount of Expense
Reimbursement sought:      $0.00

This is an:     Interim Application ___          Final Application  _**X**_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-___ .

Dated: May 31, 2014                              Popowcer Katten, Ltd.


                                                 By:   __/s/Elizabeth C. Berg, Trustee____
                                                       Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: July 25, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Trustee's First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee**

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Michael T. and Erin L. Beck, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $1,658.50 as final compensation for professional services rendered to the Trustee from July 15, 2013 through April 13, 2014. In support thereof, Trustee respectfully states as follows:

**Introduction**

1. On September 19, 2012, the Debtors filed a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The bar date for filing claims in this case was January 29, 2013.

**Retention of Popowcer**

4. On December 12, 2012, this Court authorized the Trustee to employ Popowcer as her accountants in this case. A copy of the retention order is attached hereto as Exhibit A.

**Prior Compensation Received**

5. This is the first and final application for compensation that Popowcer will file in this case.

**Services Rendered by Popowcer**

6. <u>Preparation of Estate Tax Returns</u>: The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns for the year ending December 31, 2013 and the final tax year ending April 30, 2014. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules.

In connection with the foregoing services, Popowcer performed 6.80 hours of service and requests allowance and payment of final compensation in the amount of $1,658.50. An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7. All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

**Payment of Compensation**

8. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. The affidavit of Lois West in support of this Application is attached as Exhibit C.

10. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

## Status of the Case

11.  Trustee has administered all of the assets belonging to this Estate and has completed her review and analysis of the claims filed against the Estate.

12.  Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and Trustee's attorneys have also been filed concurrently with this Application.

## Financial Condition of the Case

13.  Trustee currently has approximately $119,000.00 on deposit in the Estate's bank account. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the fees allowed to Popowcer in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14.  Pursuant to this Court's order dated August 8, 2013, Trustee made an interim distribution to general unsecured claims totaling 100%, plus interest, of allowed timely filed claims. As of this date, there are no unpaid general unsecured claims. Trustee will distribute the surplus funds back to the Debtors.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Michael T. and Erin L. Beck, Debtors requests the entry of an order providing the following:

A.  Allowing to Popowcer final compensation in the amount of $1,658.50 for actual and necessary professional services rendered to the Trustee from July 15, 2013 through April 13, 2014;

B.  Authorizing the Trustee to pay the amount awarded as part of her final distribution in this case from the funds on hand in the Estate; and

3

      C.    For such other and further relief as this Court deems appropriate.

Dated: May 31, 2014                Elizabeth C. Berg, as trustee of the estate of
                                        Michael T. and Erin L. Beck, debtors

                                        By:    /s/Elizabeth C. Berg
                                                One of her Attorneys

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

4

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-37064 |
| Michael T. and Erin L. Beck. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Accountants**

　　THIS CAUSE comes before this Court on the Trustee's Application to Employ Accountants and the supporting affidavit of Lois West; due and proper notice having been given; and the Court being fully advised in the premises:

　　IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Michael T. and Erin L. Beck, debtors, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. to act as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:　/s/ Manuel Barbosa

Honorable Manuel Barbosa

Dated: December 20, 2012　　United States Bankruptcy Judge

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
(312) 726-8150

**Popowcer Katten**  **Michael T. and Erin L. Beck, debtors**
**Final Fee Application**  **Case No. 12-37064**

**Billing Statements**

**Exhibit B**

Invoice No. 27026



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Michael T. Beck  (12-37064)
- c/o Elizabeth C. Berg, Trustee
- Baldi Berg Ltd.
- 20 N. Clark, Suite 200
- Chicago, IL 60602

**Date:** April 28, 2014                    **Account No.:** BER1014L

For Professional Services Rendered:

For accounting and tax services rendered for the period July 15, 2013 through April 13, 2014 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2012 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title | Hours | Rate | Amount |
|---------|-------|-------|------|--------|
| L. West | Bankruptcy Specialist | 5.3 | $ 245. | $ 1,298.50 |
| L. West | Bankruptcy Specialist | 1.5 | 240. | 360.00 |
|         | Total due: | 6.8 |      | $ 1,658.50 |

**ESTATE OF MICHAEL T BECK  (12-37064)**

Time Sort by Date

ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/2013 | Tax Services - Phone call with trustee re: sale of farmland and need for cost basis in land.  Also discussed sale of bears ticket license. | 0.5 | L. West | $240 | 120.00 |
| 7/19/2013 | Tax Services - Research historical cost of farmland in Champaign IL area in 2006.  Land was inherited in 2006. | 1.0 | L. West | $240 | 240.00 |
| 4/13/2014 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary returns for year ended 12/31/13 and final period ended 4/30/14.  Report installment sale of farmland - estates share of farm operations for 2013 and 2014 and sale of ticket license.  Prepare transmittal letters, 505(b) letters and form 8821 and IL-2848.  Make manual changes as required.  Draft statement for attachment to returns re: bankruptcy filing. | 5.0 | L. West | $245 | 1,225.00 |
| 4/13/2014 | Tax Review - Final review check assembly and sign fiduciary returns for year ended 12/31/13 and final period ending 4/30/14 - forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $245 | 73.50 |
| | Total | 6.8 | | | 1,658.50 |

1

**Popowcer Katten**  **Michael T. and Erin L. Beck, debtors**
**Final Fee Application**  **Case No. 12-37064**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael T. and Erin L. Beck, | ) | Case No. 12-37064 |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1.  I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2.  I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4.  Further affiant sayeth naught.

_____
Lois West

Subscribed and Sworn to before me
this 6th day of May, 2014

_____
Notary Public

OFFICIAL SEAL
JUDITH A HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/02/16