**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BECK, MICHAEL T | § | Case No. 12-37064 |
| BECK, ERIN L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Mr. Jeffrey P. Allsteadt
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn Street
   7th Floor
   Chicago   IL   60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
      10:30 a.m.
      on Friday, July 25, 2014
      in Courtroom 240 of the Kane County Courthouse
      100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BECK, MICHAEL T § Case No. 12-37064
BECK, ERIN L §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 213,600.00 |
| and approved disbursements of | $ | 94,137.05 |
| leaving a balance on hand of[1] | $ | 119,462.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | CitiMortgage, Inc. | $ 40,751.44 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 119,462.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 6,800.29 | $ 0.00 | $ 6,800.29 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 10,958.50 | $ 10,958.50 | $ 0.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 8.28 | $ 8.28 | $ 0.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,658.50 | $ 0.00 | $ 1,658.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Chicago Bears Transfer Marketplace | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 2,938.00 | $ 2,938.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 511.00 | $ 511.00 | $ 0.00 |
| Other: United States Treasury | $ 1,477.00 | $ 1,477.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 51.32 | $ 51.32 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    8,458.79

Remaining Balance    $    111,004.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,648.24 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend paid was equal to 100.0 percent, plus interest (through 8/16/13).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 3,629.40 | $ 3,629.40 | $ 0.00 |
| 000002 | American InfoSource LP as agent for | $ 10,285.85 | $ 10,285.85 | $ 0.00 |
| 000003 | American InfoSource LP as agent for | $ 1,670.94 | $ 1,670.94 | $ 0.00 |

Case 12-37064   Doc 58   Filed 06/24/14   Entered 06/26/14 23:44:55   Desc Imaged
                        Certificate of Notice    Page 4 of 7

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Asset Acceptance LLC assignee HOUSEHOLD FINANCE | $ 13,230.84 | $ 13,230.84 | $ 0.00 |
| 000005 | Midland Funding LLC | $ 589.63 | $ 589.63 | $ 0.00 |
| 000006 | Midland Funding LLC | $ 15,241.58 | $ 15,241.58 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $          0.00

Remaining Balance     $     111,004.16

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 111,004.16 .

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-37064-DRC
Michael T Beck                                                      Chapter 7
Erin L Beck
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: kseldon              Page 1 of 2            Date Rcvd: Jun 24, 2014
                            Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2014.
db/jdb     +Michael T Beck,    Erin L Beck,   1426 Royal Ct.,   Elgin, IL 60123-2042
19455498   #+Bradley Sayad,    5 E. Van Buren,   Suite 214,   Joliet, IL 60432-4224
19455500   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank,    Attn: Centralized Bankruptcy,   Po Box 20363,
               Kansas City, MO 64195)
19455499    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21338373    +CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
19455501    +Citimortgage Inc,   Po Box 6243,   Sioux Falls, SD 57117-6243
19917100     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
19455505    +Pinnacle Credit Service,   Po Box 640,   Hopkins, MN 55343-0640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19637448     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2014 01:15:05
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK   73126-8941
19455497    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 25 2014 01:02:22     Asset Acceptance LLC,
               Attn: Bankruptcy,   Po Box 2036,   Warren, MI 48090-2036
19673619    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 25 2014 01:02:22
               Asset Acceptance LLC assignee HOUSEHOLD FINANCE,   PO Box 2036,   Warren, MI 48090-2036
19455502    +E-mail/Text: Bk@c2cfsi.com Jun 25 2014 01:02:37     Coast 2 Coast Financia,
               101 Hodencamp Rd Ste 120,   Thousand Oaks, CA 91360-5831
19455503    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2014 01:02:27    Midland Credit Mgmt In,
               8875 Aero Dr,   San Diego, CA 92123-2255
19455504    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2014 01:02:27    Midland Funding, LLC,
               8875 Aero Dr.,   San Diego, CA 92123-2255
19719381     E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2014 01:15:09    Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19917101     E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2014 01:13:54    Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19455506*  ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Unvl/citi,    Attn.: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2014 at the address(es) listed below:
          Andrew K. Weiss    on behalf of Joint Debtor Erin L Beck andrew.weiss@gardencitygroup.com
          Andrew K. Weiss    on behalf of Debtor Michael T Beck andrew.weiss@gardencitygroup.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com

```
District/off: 0752-1          User: kseldon            Page 2 of 2            Date Rcvd: Jun 24, 2014
                              Form ID: pdf006          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 6