UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
BECK, MICHAEL T                       §    Case No. 12-37064
BECK, ERIN L                          §
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL & ERIN BECK |  |  |  |
| Michael & Erin Beck |  |  |  |
| Michael & Erin Beck |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 6243 Sioux Falls, SD 57117 | | | | | |
| | Citimortgage Inc Po Box 6243 Sioux Falls, SD 57117 | | | | | |
| 000007 | CITIMORTGAGE, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| IDOR | | | | | |
| IDOR | | | | | |
| MARKETPLACE, CHICAGO BEARS TRANSFER | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bradley Sayad 5 E. Van Buren Suite 214 Joliet, IL 60432 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Coast 2 Coast Financia 101 Hodencamp Rd Ste 120 Thousand Oaks, CA 91360 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Pinnacle Credit Service Po Box 640 Hopkins, MN 55343 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | ASSET ACCEPTANCE LLC ASSIGNEE HOUSE | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| 000006 | MIDLAND FUNDING LLC | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | ASSET ACCEPTANCE LLC ASSIGNEE HOUSE | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - Successor Trustee Report
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-37064 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | | Date Filed (f) or Converted (c): | 09/19/12 (f) |
| | BECK, ERIN L | | | 341(a) Meeting Date: | 10/25/12 |
| For Period Ending: | 09/08/14 | | | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 83,000.00 | 0.00 | | 0.00 | FA |
| 1426 Royal Court, Elgin, IL 60123 | | | | | |
| 2. 24 acres of farmland located Champaign, IL | 1,200.00 | 9,500.00 | | 203,600.00 | FA |
| Trustee sold farmland for $192,000. Trustee collected $11,600 representing Debtor's portion of annual distribution from operation of farmland for 2013 and 2014. | | | | | |
| 3. Checking account with Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Chase Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 403(B) | 5,701.92 | 0.00 | | 0.00 | FA |
| 7. IRA | 109.41 | 0.00 | | 0.00 | FA |
| 8. Thornburn LLC, LLC - 1/3 Interest | 28,050.00 | 27,365.85 | OA | 0.00 | FA |
| TR abandoned after sale of Champaign farrmland resulted in surplus estate and no longer needed to sell LLC interest. | | | | | |
| 9. United States savings bonds with serial numbers: L | 237.85 | 0.00 | | 0.00 | FA |
| 10. In tax year 2011, the Debtors received a tax refun | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Chrysler Pacifica with 75,000 miles Value per | 7,238.00 | 0.00 | | 0.00 | FA |
| 12. Chicago Bears season tickets Value per Debtors | 1,800.00 | 0.00 | | 0.00 | FA |
| 13. Rights to Bears PSL for Section 224, Row 9, Seats | 1,590.00 | 12,000.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $130,177.18 | $48,865.85 | | $213,600.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 12-37064    DRC    Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg |
| Case Name: BECK, MICHAEL T | Date Filed (f) or Converted (c): 09/19/12 (f) |
| BECK, ERIN L | 341(a) Meeting Date: 10/25/12 |
| | Claims Bar Date: 01/29/13 |

Trustee investigated and sold Debtor's Chicago Bears 2012 Season tickets and PSL. Thereafter, Trustee negotiated an installment sale of Debtor's Champaign farmland which resulted in a surplus estate. Trustee made interim Distribution in August 2013 and all unsecured creditors were paid in full. Trustee recieved the final installment payment in April 2014. Trustee resolved claim issues related to a tardily filed secured claim and oversaw preparation of Estate tax returns. Trustee prepared final report.

Initial Projected Date of Final Report (TFR): 06/30/14       Current Projected Date of Final Report (TFR): 06/30/14

LFORM1                                                                                                                                    Ver: 18.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 - Successor Trustee Report

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BECK, MICHAEL T | | Bank Name: | Associated Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******5919 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 74,733.50 | | 74,733.50 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 43.00 | 74,690.50 |
| 02/06/14 | 005001 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 51.32 | 74,639.18 |
| | | Suite 420 | Bond Number: #016026455 | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 111.03 | 74,528.15 |
| 03/03/14 | 2 | Shade Grace Thornburn Farm | ANNUAL DISTRIBUTION | 1123-000 | 3,666.66 | | 78,194.81 |
| | | 2524 Castlerock Drive | | | | | |
| | | Urbana, IL 61082 | | | | | |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 100.11 | 78,094.70 |
| 04/02/14 | 2 | Grace Brothers Farm | Sale Proceeds - Real Estate | 1110-000 | 48,000.00 | | 126,094.70 |
| | | 2524 Castlerock Drive | | | | | |
| | | Urbana IL 61802 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 115.75 | 125,978.95 |
| 04/15/14 | 005002 | United States Treasury | 2013 Form 1041 | 2810-000 | | 1,477.00 | 124,501.95 |
| | | c/o Internal Revenue Service | EIN: 46-6640737 | | | | |
| | | Cincinnati OH 45999-0148 | Post-Petition Administrative IncomeTax (2013) | | | | |
| 04/15/14 | 005003 | Illinois Department of Revenue | 2013 IL-1041- V | 2820-000 | | 2,938.00 | 121,563.95 |
| | | P.O. Box 19053 | EIN: 46-6640737 | | | | |
| | | Springfield IL 62794-9053 | Post-Petition Administrative Income Tax (2013) | | | | |
| 04/15/14 | 005004 | Illinois Department of Revenue | 2014 IL-2041-V | 2820-000 | | 511.00 | 121,052.95 |
| | | P.O. Box 19053 | EIN: 46-6640737 | | | | |
| | | Springfield IL 62794-9053 | Post Petition Adminstrative Income Tax (2014) | | | | |
| 05/12/14 | 005005 | MICHAEL & ERIN BECK | Debtors' Exemption in Bears PSL | 8100-000 | | 1,590.00 | 119,462.95 |
| | | 1426 ROYAL COURT | Exemption in Bears PSL | | | | |
| | | ELGIN, IL 60123 | | | | | |
| 07/29/14 | 005006 | Popowcer Katten Ltd. | Accountant for TR Fees (Other Firm) | 3410-000 | | 1,658.50 | 117,804.45 |

Page Subtotals     126,400.16     8,595.71

Ver: 18.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2 - Successor Trustee Report

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BECK, MICHAEL T | | Bank Name: | Associated Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******5919 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/14 | 005007 | 35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601<br>Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 6,800.29 | 111,004.16 |
| 07/29/14 | 005008 | Michael & Erin Beck<br>1426 Royal Court<br>Elgin, IL 60123 | Partial Surplus Distribution<br>to Debtors per ct order dtd 8-8-13 | 8200-002 | | 111,004.16 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 126,400.16 | 126,400.16 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 74,733.50 | 0.00 | |
| | | Subtotal | 51,666.66 | 126,400.16 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 112,594.16 | |
| | | Net | 51,666.66 | 13,806.00 | |

Page Subtotals        0.00        117,804.45

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320  Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/13/13 | 2 | Shade Grace Thornburn Farm<br>2524 Castlerock Drive<br>Urbana, IL 61082 | ANNUAL DISTRIBUTION | 1123-000 | 7,933.34 | | 7,933.34 |
| 04/02/13 | 13 | Transfer Marketplace<br>3120 Southwest Freeway suite 615<br>Houston TX 77098 | SALE Proceeds - Bears PSL | | 9,000.00 | | 16,933.34 |
| | | MARKETPLACE, CHICAGO BEARS SEAT LIC | Memo Amount:       10,000.00<br>Sale Proceeds - PSL<br>Gross Sale Proceeds from sale of Chicago Bears<br>Personal Seat License | 1129-000 | | | |
| | | MARKETPLACE, CHICAGO BEARS SEAT | Memo Amount:   (    1,000.00 )<br>Sale Commission | 2990-000 | | | |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 16,923.34 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account<br>on May 9, 2013. TCMS would not allow me to enter<br>the May 9th date due to it being over 30 days. 6/21/13<br>~JMM | 2600-000 | | 16.78 | 16,906.56 |
| 06/04/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 | | 17.95 | 16,888.61 |
| 06/05/13 | 2 | Grace Brothers Farm<br>2524 Castlerock Drive<br>Urbana  IL 61802 | Sale Proceeds - Real Estate | 1110-000 | 96,000.00 | | 112,888.61 |
| 07/05/13 | | Congressional Bank | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 99.54 | 112,789.07 |
| | | | Page Subtotals | | 112,933.34 | 144.27 | |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2 - Successor Trustee Report

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320  Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/13 | | 6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817<br>Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 119.76 | 112,669.31 |
| 08/13/13 | 001001 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR's Attorney<br>Expenses Allowed per Court Order on August 8, 2013 | 3120-000 | | 8.28 | 112,661.03 |
| 08/13/13 | 001002 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attorneys Final Comp<br>Fees Allowed per Court Order on August 8, 2013 | 3110-000 | | 10,958.50 | 101,702.53 |
| 08/16/13 | 001003 | Michael & Erin Beck<br>c/o Andrew Weiss<br>Macey Bankruptcy Law<br>233 S. Wacker Drive.  #5150<br>Chicago IL 6060 | Partial Surplus Distribution<br>to Debtors per ct order dtd 8-8-13 | 8200-002 | | 30,000.00 | 71,702.53 |
| 08/16/13 | 001004 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000001, Payment 100.19% | | | 3,636.29 | 68,066.24 |
| | | | Claim         3,629.40 | 7100-000 | | | |
| | | | Interest          6.89 | 7990-000 | | | |
| 08/16/13 | 001005 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000002, Payment 100.19% | | | 10,305.38 | 57,760.86 |
| | | | Claim        10,285.85 | 7100-000 | | | |
| | | | Interest         19.53 | 7990-000 | | | |

Page Subtotals                                                                 0.00            55,028.21

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 - Successor Trustee Report
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320  Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/16/13 | 001006 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Claim 000003, Payment 100.19% | | | 1,674.11 | 56,086.75 |
| | | | Claim          1,670.94 | 7100-000 | | | |
| | | | Interest            3.17 | 7990-000 | | | |
| 08/16/13 | 001007 | Asset Acceptance LLC assignee HOUSEHOLD FINANCE PO Box 2036 Warren, MI 48090 | Claim 000004, Payment 100.19% | | | 13,255.96 | 42,830.79 |
| | | | Claim         13,230.84 | 7100-000 | | | |
| | | | Interest           25.12 | 7990-000 | | | |
| 08/16/13 | 001008 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000005, Payment 100.19% | | | 590.75 | 42,240.04 |
| | | | Claim            589.63 | 7100-000 | | | |
| | | | Interest            1.12 | 7990-000 | | | |
| 08/16/13 | 001009 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000006, Payment 100.19% | | | 15,270.52 | 26,969.52 |
| | | | Claim         15,241.58 | 7100-000 | | | |
| | | | Interest           28.94 | 7990-000 | | | |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 107.97 | 26,861.55 |
| 10/03/13 | | Congressional Bank | Monthly Bank Service Fee - Sept 13 | 2600-000 | | 27.63 | 26,833.92 |

Page Subtotals        0.00        30,926.94

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- |
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/01/13 | 2 | 6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817<br>Grace Brothers Farm<br>2524 Castlerock Drive<br>Urbana  IL  61802 | Sale Proceeds - Real Estate | 1110-000 | 48,000.00 | | 74,833.92 |
| 11/05/13 | | Congressional Bank | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 28.49 | 74,805.43 |
| 12/05/13 | | 6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817<br>CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 71.93 | 74,733.50 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 74,733.50 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 10,000.00 | | COLUMN TOTALS | | 160,933.34 | 160,933.34 | 0.00 |
| Memo Allocation Disbursements: | 1,000.00 | | Less:  Bank Transfers/CD's | | 0.00 | 74,733.50 | |
| | | | Subtotal | | 160,933.34 | 86,199.84 | |
| Memo Allocation Net: | 9,000.00 | | Less:  Payments to Debtors | | | 30,000.00 | |
| | | | Net | | 160,933.34 | 56,199.84 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 10,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,000.00 | | Checking Account - ********5919 | 51,666.66 | 13,806.00 | 0.00 |
| | | | Checking Account - ********0320 | 160,933.34 | 56,199.84 | 0.00 |
| Total Memo Allocation Net: | 9,000.00 | | | 212,600.00 | 70,005.84 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   48,000.00   74,833.92

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2 - Successor Trustee Report
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-37064 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BECK, MICHAEL T | | Bank Name: | Congressional Bank |
| | BECK, ERIN L | | Account Number / CD #: | *******0320 Checking Account |
| Taxpayer ID No: | *******0737 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*